UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT CHARLES COLE,<br><br>  Defendant,<br><br>and,<br><br>JA VIAN MICHELLE JONES,<br><br>  Third-Party Claimant. | No. CR17-5133-BHS<br><br>**ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION FOR SUMMARY JUDGMENT AND DISMISSING THIRD-PARTY CLAIM** |

THIS MATTER comes before the Court on the United States' unopposed Motion for a Summary Judgment and Dismissal of Third-Party Claim ("Motion").

The Court, having reviewed the United States' Motion, the supporting Declaration of AUSA Michelle Jensen and attached exhibits, the claim and supporting materials filed by Ms. Ja Vian Michelle Jones, and the other papers and pleadings filed in this matter, hereby FINDS:

Order Granting Summary Judgment and Dismissing Third-Party Claim - 1
*U.S. v. Robert Charles Cole,* CR17-5133-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1) The evidence Ms. Jones has produced in discovery, when viewed in the light most favorable her claim, cannot establish her asserted interest in the $6,000 forfeited by the Defendant Robert Cole; and,

2) Judgment as a matter of law is therefore appropriate, and an evidentiary hearing is not required.

NOW, THEREFORE, THE COURT ORDERS:

1) The United States' Motion for Summary Judgment is GRANTED;

2) The third-party claim Ms. Jones has filed to the $6,000 (Dkt. No. 123) is DISMISSED.

IT IS SO ORDERED.

DATED this 4th day of December, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

 */s Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

Order Granting Summary Judgment and Dismissing Third-Party Claim - 2
*U.S. v. Robert Charles Cole,* CR17-5133-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970